UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | CRIMINAL NO. 14CR10363-RGS-JCB |
| v. | |
| (1) BARRY J. CADDEN, <br> (2) GLENN A. CHIN, <br> (3) GENE SVIRSKIY, <br> (4) CHRISTOPHER M. LEARY, <br> (5) JOSEPH M. EVANOSKY, <br> (6) SCOTT M. CONNOLLY, <br> (7) SHARON P. CARTER, <br> (8) ALLA V. STEPANETS, <br> (9) GREGORY A. CONIGLIARO, <br> (10) ROBERT A. RONZIO, <br> (11) KATHY S. CHIN, <br> (12) MICHELLE L. THOMAS, <br> (13) CARLA R. CONIGLIARO, <br> (14) DOUGLAS A. CONIGLIARO | |
| Defendants. | |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE CONSOLIDATED
MOTION FOR BILL OF PARTICULARS**

Defendants Barry Cadden, Glenn Chin, Gene Svirskiy, Christopher Leary, Joseph Evanosky, Scott Connolly, Sharon Carter, Alla Stepanets and Robert Ronzio (the "Defendants") hereby move, pursuant to Local Rule 116.3(g), for an extension of time to file a consolidated motion for bill of particulars. In support of this motion, Defendants state as follows:

1. All but one of the Defendants has made a written request to the government for a bill of particulars regarding Counts 1, 2, and/or 3 of the Indictment. The remaining Defendant plans to make a similar written request by August 21, 2015.

2. The government has thus far refused Defendants' requests.

3. Given Local Rule 116.3(h)'s strong preference for consolidated discovery motions in multi-defendant cases, and pursuant to Fed. R. Crim. P. 7(f), Defendants seek permission to file one consolidated motion for bill of particulars.

4. Pursuant to Local Rule 116.3(g), Defendants are required to file any motion for bill of particulars within fourteen days of the government's written response.

5. For certain Defendants, the fourteen-day deadline for their motion is this Friday, August 21, 2015.

6. So that a consolidated motion may be filed, Defendants request an extension of time until fourteen days after the government's last response to the outstanding and anticipated written requests for bills of particular to file their motion.

7. The government does not object to Defendants' request for this extension pursuant to Local Rule 116.3(g).

Dated:  August 19, 2015

Respectfully submitted,

BARRY J. CADDEN,
By his attorneys,

 /s/   Bruce A. Singal
Bruce A. Singal (BBO# 464420)
Michelle R. Peirce (BBO# 557316)
Callan G. Stein (BBO# 670569)
DONOGHUE, BARRETT & SINGAL, PC
One Beacon Street – Suite 1320
Boston, MA 02108
Telephone:  (617) 720-5090
bsingal@dbslawfirm.com
mpeirce@dbslawfirm.com
cstein@dbslawfirm.com

SHARON CARTER,
By her attorneys,

 /s/   *Michael Pineault*
Michael Pineault
CLEMENTS & PINEAULT, LLP
23 Federal Street
Boston, MA 02108
Telephone:  (857) 445-0133


GLENN CHIN,
By his attorneys,

 /s/   *Stephen Weymouth*
Stephen Weymouth
LAW OFFICE OF STEPHEN WEYMOUTH
65a Atlantic Avenue, Suite 3
Boston, MA 02110
Telephone:  (617) 573-9598


SCOTT CONNOLLY,
By his attorneys,

 /s/   *Raymond Sayeg, Jr.*
Raymond Sayeg, Jr.
KRATTENMAKER O'CONNOR & INGBER P.C.
One McKinley Square
Fifth Floor
Boston, MA 02109
Telephone:  (617) 523-4010


JOSEPH EVANOSKY
By his attorneys,

 /s/   *Mark Pearlstein*
Mark Pearlstein
Dana McSherry
MCDERMOTT, WILL & EMERY
28 State Street
Boston, MA 02109
Telephone:  (617) 545-4000

CHRISTOPHER LEARY,
By his attorneys,

  /s/   *Paul Kelly*
Paul Kelly
Sarah Walsh
JACKSON LEWIS PC
75 Park Plaza, 4th Floor
Boston, MA 02116
Telephone: (617) 367-0025


ROBERT RONZIO,
By his attorneys,

  /s/   *Peter Horstmann*
Peter Horstmann
LAW OFFICES OF PETER CHARLES HORSTMANN
450 Lexington Street, Suite 101
Auburndale, MA 02466
Telephone: (617) 723-1980


ALLA STEPANETS
By her attorneys,

  /s/   *John Cunha, Jr.*
John Cunha, Jr.
Michael McDonald
CUNHA & HOLCOMB, PC
One State Street
Suite 500
Boston, MA 02109
Telephone: (617) 523-4350


GENE SVIRSKIY
By his attorneys,

  /s/   *Jeremy Sternberg*
Jeremy Sternberg
Chris Iaquinto
HOLLAND & KNIGHT
10 St. James Avenue, 11th Floor
Boston, MA 02116
Telephone: (617) 854-1476

**CERTIFICATE OF SERVICE PURSUANT TO L.R. 5.2(b)**

  I, Dana M. McSherry, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 19, 2015.

            /s/ *Dana M. McSherry*
            Dana M. McSherry

DM_US 63414057-2.099744.0140